1   Paul S. Padda, Esq. (NV Bar No. 10417)
    Email: ppadda@caplawyers.com
2   COHEN & PADDA, LLP
    4240 West Flamingo Road, Suite 220
3   Las Vegas, Nevada  89103
    Tele: (702) 366-1888
4   Fax: (702) 366-1940

5   Michael A. Trauben, Esq. (CA Bar No. 277557)
    Email: mtrauben@singhtraubenlaw.com
6   SINGH, SINGH & TRAUBEN, LLP
    400 South Beverly Drive, Suite 400
7   Beverly Hills, California 90212
    Tele: (310) 856-9705
8   Fax: (888) 734-3555

9   Attorneys for Plaintiffs

10              **UNITED STATES DISTRICT COURT**

11                  **DISTRICT OF NEVADA**

12  **SKRIBBLEENO ENTERTAIN-**          )
    **MENT, INC.,** *et. al.*,          )
13                                      )
                                        )
14          **Plaintiffs,**             )
                                        )   **Case No. 2:14-cv-0090-GMN-(NJK)**
15       **v.**                         )
                                        )
16  **CHATEAU NIGHTCLUB, LLC,**         )
    *et. al.*,                          )
17                                      )
            **Defendants.**             )
18  _____   )

19              **STIPULATION FOR DISMISSAL**

20          Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby

21  stipulates to voluntary dismissal (with prejudice) of this civil action.  The parties to this

22  stipulation further agree that each respective party shall bear its own attorney's fees

23  and costs with respect to this litigation.  The parties respectfully request that the Court

24  approve this stipulation.

25  . . .

26  . . .

Respectfully submitted,

/s/ *Michael R. Hogue*
_____

Michael R. Hogue, Esq.
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, #400 North
Las Vegas, Nevada 89169
Tele: (702) 792-3773
Fax: (702) 792-9002

Attorney for the Defendants

Dated: July 27, 2014

/s/ *Paul S. Padda*
_____

Paul S. Padda, Esq.
COHEN & PADDA, LLP
4240 West Flamingo Road, #220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

Attorney for Plaintiffs

Dated: July 27, 2014

**IT IS SO ORDERED:**

**The Court hereby approves the stipulation of voluntary dismissal filed by Plaintiffs.  This matter is hereby dismissed, with prejudice.  Each party shall bear its own costs and attorney's fees with respect to this litigation.**

_____

Gloria M. Navarro, Chief Judge
United States District Court
**DATED:  08/01/2014**

CERTIFICATE OF SERVICE

    In compliance with the Court's Local Rule 5-1, the undersigned hereby certifies that on July 27, 2014, a copy of the foregoing document, "STIPULATION FOR DISMISSAL" was served (via the Court's CM/ECF system) upon counsel of record for Defendant.

/s/ *Paul S. Padda*
_____

Paul S. Padda, Esq.